IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LAURIE BORDOCK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV01460 SWW |
| | * | |
| HARPS, INC., | * | |
| | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Order entered in this matter on this date, plaintiff's complaint is dismissed with prejudice.

DATED this 13th day of October, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE